IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| 265A16 | State v. Jose Merlin Henriquez Portillo | 1. Def's Notice of Appeal of Right Pursuant to N.C.G.S. § 7A-30(1) Raising Allegedly Substantial Constitutional Question | 1. — |
| | | 2. State's Motion to Dismiss Notice of Appeal | 2. Allowed |
| 268P16 | Owen D. Leavitt v. Willie Hargrove | 1. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-351) | 1. Denied |
| | | 2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 272A14 | State v. Jonathan Douglas Richardson (DEATH) | Def's Motion for an Order or Orders Regarding Deadline for Transcript Preparation | Special Order **08/08/2016** |
| 272P16 | Jeffrey Lee McBride v. State | Def's *Pro Se* Motion for Complaint/Claim | Dismissed |
| 273A16 | State v. Jamison Christopher Goins | 1. State's Motion for Temporary Stay (COA15-1183) | 1. Allowed **07/22/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **08/01/2016** |
| | | 3. State's Notice of Appeal Based Upon a Dissent | 3. — |
| 274P16 | Michael P. Long and Marie C. Long v. Currituck County, North Carolina and Elizabeth Letendre | 1. Respondent's (Elizabeth Letendre) Motion for Temporary Stay (COA15-376) | 1. Allowed **07/28/2016** |
| | | 2. Respondent's (Elizabeth Letendre) Petition for *Writ of Supersedeas* | 2. |
| | | 3. Respondent's (Elizabeth Letendre) PDR Under N.C.G.S. § 7A-31 | 3. |